# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DENNIS R. VAN DYKE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00114-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| MAX COGBURN JR., District Judge; | ) | |
| FRANK D. WHITNEY, District Judge; | ) | |
| GRAHAM C. MULLEN, District Judge; | ) | |
| and PA'S and DOCTORS AT GREEN | ) | |
| CI MEDICAL, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 9, 2016 Order.

May 9, 2016

_____

Frank G. Johns, Clerk
United States District Court